GARY Y. LEUNG (Cal. Bar No. 302928)
Email: leungg@sec.gov
WILLIAM S. FISKE (Cal. Bar No. 123071)
Email: fiskew@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>ENVIRO BOARD CORPORATION, GLENN B. CAMP, WILLIAM J. PEIFFER, and JOSHUA D. MOSSHART,<br><br>            Defendants. | Case No. 2:16-cv-06427-R-SS<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND ORDER RE NOTICE TO COUNSEL UPON DEFENDANT GLENN B. CAMP** |

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: CV 16-06427 R (SSX)

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendants:
**Enviro Board Corporation; et al.**

Received by Cavalier Courier & Process Service to be served on **Glenn B. Camp, 39 McAfee Ct, Thousand Oaks, CA 91360.**

I, Elizabeth Rao, do hereby affirm that on the **6th day of September, 2016 at 5:25 pm**, I:

Served Summons & Complaint; Notice of Assignment; Order to Ryan Camp at REDACTED Thousand Oaks, CA REDACTED as Son/Person Found in Charge, being of suitable position and discretion to accept service. Upon information and belief, REDACTED Thousand Oaks, CA REDACTED is the usual place of business or employment of Glenn B. Camp.

**Additional Information pertaining to this Service:**
I attempted service at 39 McAfee Court, Thousand Oaks, CA but found the property to be vacant. The second time I attempted service at REDACTED Thousand Oaks, CA, a man named identified himself as defendant's son, Ryan Camp. He stated that defendant lived in Simi Valley but worked at this address in Thousand Oaks. After six service attempts at varying days and times at REDACTED Simi Valley, CA, I returned to REDACTED which Ryan Camp identified as the usual place of business of Glenn Camp. I made service to Ryan Camp in accordance with California code 415.20, permitted by Fed. R. Civ. P. 4(e)(1). The required mailing was completed on September 7, 2016.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

*Elizabeth Rao*
Elizabeth Rao
Process Server

**Cavalier Courier & Process Service**
823-C South King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2016005484
Ref: LARO-58017

